IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00417-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RODNEY YARBEROUGH,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Rodney Yarberough before a

United States Magistrate Judge forthwith for proceedings and appearances upon the

charges in the Indictment, and to hold him at all times in the United States Marshal's

custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now

confined.

SO ORDERED this _6th_ day of _january_, 2009.

_Boyd N. Boland_
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO