IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-417-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    RODNEY YARBEROUGH,**

       Defendant.

---

**MINUTE ORDER**
**SETTING TRIAL DATE AND OTHER DEADLINES**

Judge John L. Kane **ORDERS**

    All pretrial motions in this matter are due on or before **February 26, 2009;** responses to these motions are due **March 6, 2009**. It is

    FURTHER ORDERED that a **Status Report** shall be filed on or before **March 17, 2009.** It is

    FURTHER ORDERED that a **3-day jury trial** is set for **April 6, 2009, 2009 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  February 5, 2009