IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-417-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.      RODNEY YARBEROUGH,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for September 11, 2009 is **VACATED AND RESET** for **September 17, 2009 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  September 2, 2009