IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-417-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **RODNEY YARBEROUGH,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Sentencing in this matter is reset for **September 30, 2009 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  September 17, 2009