IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-417-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.     RODNEY YARBEROUGH,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

The Sentencing Hearing is re-set for **November 9, 2009 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  November 4, 2009